UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

MICHAEL O'NEILL,

    Plaintiff,

v.

JACK DORSEY, et al.,

    Defendants.

Case No. 25-cv-08682-LB

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Noel Wise, to consider whether the case is related to case number 3: 25-cv-00642-NW Gonsalves v. Block, Inc. and 3:25-cv-01262-NW Patel v. Dorsey et al.

**IT IS SO ORDERED.**

Dated: November 4, 2025

_____
LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 25-cv-08682-LB