**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE BLOCK INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 5:25-cv-01262-NW-VKD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER OF CONSOLIDATION**<br>GRANTED AS MODIFIED |
| IN RE BLOCK, INC. DEMAND MADE STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 5:25-cv-08682-NW (Consolidated with Case No. 4:26-cv-08765-TSH) |

Lead Plaintiff James Kelly ("Kelly"); Plaintiff Michael O'Neill ("O'Neill"); Plaintiff Iron Workers Local Union No. 401 ("Iron Workers," and together with Kelly and O'Neill, "Plaintiffs"); Defendants Jack Dorsey, Roelof Botha, Amy Brooks, Shawn Carter, Paul Deighton, Randall Garutti, James McKelvey, Mary Meeker, Lawrence Summers, David Viniar, Darren Walker, Sharon Rothstein, Anna Patterson, Amrita Ahuja, Amelia Childress, Brian Grassadonia, and Sivan Whiteley (the "Individual Defendants"); and Nominal Defendant Block, Inc. ("Block," and together with the Individual Defendants, "Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, jointly submit this stipulation to consolidate the above-captioned actions.

WHEREAS, the above-captioned derivative actions are pending before the United States District Court for the Northern District of California, entitled: *In re Block Inc. Shareholder Derivative Litigation*, Case No. 5:25-cv-01262-NW (the "Consolidated Action") and *In re Block, Inc. Demand Made Stockholder Derivative Litigation*, Lead Case No. 5:25-cv-08682-NW (the "Consolidated Demand Made Action," and together with the Consolidated Action, the "Derivative Actions");

WHEREAS, the Derivative Actions each bring derivative claims against current and former directors and/or officers of Block for alleged breaches of fiduciary duty and violations of the federal securities laws;

WHEREAS, on May 7, 2025, the Court entered an Order Consolidating Related Shareholder Derivative Actions, Consolidated Action Dkt. No. 22 (the "Consolidation Order"), providing that "[t]he terms of this Order shall apply to actions later instituted in, removed to, or transferred to, this Court that involve the same or substantially similar issues of law and fact";

WHEREAS, on June 11, 2025, the Court entered an Order Appointing Lead Counsel for Plaintiffs and Setting Schedule for Defendants' Motion to Dismiss, Consolidated Action Dkt. No. 50 (the "Leadership Order"), appointing counsel in the Consolidated Action Co-Lead Counsel and providing that "[t]he Order shall apply to each related shareholder derivative action involving the same or substantially similar allegations, claims, and defendants, and arising out of the same, or

substantially similar, transactions or events as the Consolidated Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court";

WHEREAS, on September 21, 2026, Plaintiff in the Consolidated Action filed a Motion to Enforce Consolidation and Leadership Orders and, in the Alternative, to Consolidate Related Actions and for Leave to Intervene and Oppose Competing Joint Stipulation (the "Consolidation Motion"), Consolidated Action Dkt. No. 205, Consolidated Demand Made Action Dkt. No. 48;

WHEREAS, the Consolidation Motion is fully briefed and scheduled for hearing on November 18, 2026;

WHEREAS, under Federal Rule of Civil Procedure 42(a), when actions "involve a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, the Derivative Actions challenge substantially similar alleged conduct and involve overlapping questions of law and fact, and that the administration of justice would be best served by consolidating the Derivative Actions; and

WHEREAS, the Parties have met and conferred and agree that, pursuant to Federal Rule of Civil Procedure 42(a), the Derivative Actions should be consolidated for all purposes to provide for the orderly prosecution and resolution of the Derivative Actions, including avoiding duplication of effort and potentially conflicting results, as well as conserving party and judicial resources;

NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The Consolidated Demand Made Action is hereby consolidated for all purposes, including any pre-trial proceedings and trial, into the Consolidated Action under Case No. 5:25-cv-01262-NW. All documents previously filed and/or served in the Consolidated Demand Made Action shall be deemed part of the record in the Consolidated Action.

2. The terms of the Consolidation Order and the Leadership Order shall apply in full

to the Consolidated Demand Made Action.

3. The Consolidation Motion is denied as moot.

4. The deadlines and Case Management Orders in the Consolidated Demand Made Action are vacated.

5. By entering into this Stipulation, the Parties do not waive any rights, claims, arguments, or defenses of any kind, and no part of this Stipulation shall be construed as a waiver of any rights, claims, arguments, or defenses.

**IT IS SO STIPULATED.**

DATED: October 26, 2026

**BLOCK & LEVITON, LLP**

By: *<u>/s/Jason M. Leviton</u>*
Jason M. Leviton (*pro hac vice*)
Nathan Abelman (*pro hac vice*)
Michael D. Gaines (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
jason@blockleviton.com
nathan@blockleviton.com
michael@blockleviton.com

Jacob A. Walker (SBN 271217)
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

Lindsay K. Faccenda (*pro hac vice*)
Susan Whaley (*pro hac vice*)
222 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 499-3600
lindsay@blockleviton.com
susan@blockleviton.com

**HACH ROSE SCHIRRIPA & REHNS LLP**

Daniel B. Rehns (*pro hac vice*)
Scott R. Jacobsen (*pro hac vice*)
John W. Baylet (*pro hac vice*)
112 Madison Avenue, 10th Floor
New York, New York 10016
(212) 213-8311
drehns@hrsrlaw.com
sjacobsen@hrsrlaw.com
jbaylet@hrsrlaw.com

*Co-Lead Counsel for Plaintiff James Kelly*

**SCOTT + SCOTT**
**ATTORNEYS AT LAW LLP**

By: */s/ Justin O. Reliford*
Maxwell R. Huffman (SBN 264687)
Joseph A. Pettigrew (SBN 236933)
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565
mhuffman@scott-scott.com
jpettigrew@scott-scott.com

Jing-Li Yu (SBN 342985)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
(212) 223-6444
jyu@scott-scott.com

Geoffrey M. Johnson (*pro hac vice forthcoming*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
(216) 229-6088
gjohnson@scott-scott.com

Justin O. Reliford (*pro hac vice*)
222 Delaware Avenue, Suite 1405
Wilmington, DE 19801
(302) 578-7345
jreliford@scott-scott.com

**THE KEHOE LAW FIRM, P.C.**

John A. Kehoe (*pro hac vice forthcoming*)
Michael K. Yarnoff (*pro hac vice forthcoming*)
2001 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 792-6676
jkehoe@kehoelawfirm.com
myarnoff@kehoelawfirm.com

*Counsel for Plaintiff Iron Workers Local Union No. 401*

**LEVI & KORISINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100 - #3425
San Francisco, CA 94111
(415) 373-1671
aapton@zlk.com

Gregory M. Nespole (*pro hac vice forthcoming*)
Daniel Tepper (*pro hac vice*)
Carrey A. Suk (*pro hac vice*)
33 Whitehall Street, 27th Floor
New York, NY 10004
(212) 363-7500
gnespole@zlk.com
dtepper@zlk.com
csuk@zlk.com

*Counsel for Plaintiff Michael O'Neill*

**SIMPSON THACHER & BARTLETT LLP**

By: */s/ Jonathan K. Youngwood*
Jonathan K. Youngwood, SBN 350373
Camille Boler, SBN 353906
One Market Plaza
Spear Tower, Suite 3800
San Francisco, CA 94105
Telephone: 415-426-7300
Facsimile: 415-426-7301
jyoungwood@stblaw.com
camille.boler@stblaw.com

Peter E. Kazanoff (*pro hac vice*)
Meredith Dawn Karp (*pro hac vice*)
Janet Anne Gochman (*pro hac vice*)
Amy Dawson (*pro hac vice*)
Isabel Rose Mattson (*pro hac vice*)
425 Lexington Avenue
New York, New York 10017
(212) 455-3525
pkazanoff@stblaw.com
meredith.karp@stblaw.com
jgochman@stblaw.com
amy.dawson@stblaw.com
isabel.mattson@stblaw.com

Laura K. Lin, SBN 281542
2475 Hanover Street
Palo Alto, CA 94304
(650) 251-500
laura.lin@stblaw.com

*Attorneys for the Individual Defendants*

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ Brian M. Lutz
Brian M. Lutz, SBN 255976
blutz@gibsondunn.com
Priyah Kaul, SBN 307956
pkaul@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: 415.393.8200

Jessica Valenzuela, SBN 220934
jvalenzuela@gibsondunn.com
Jeffrey Lombard, SBN 285371
jlombard@gibsondunn.com
Sofia Ritala
sritala@gibsondunn.com
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5300

Colin B. Davis, SBN 273942
cdavis@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
Telephone: 949.451.3800

*Attorneys for Nominal Defendant, Block, Inc.*

Pursuant to Civil Local Rule No. 5-4.3.4(2)(i), all signatories concur in filing this Stipulation and [Proposed] Order of Consolidation.

DATED: October 26, 2026

By: */s/ Jason M. Leviton*
Jason M. Leviton

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED that Case No. 5:25-cv-08682-NW shall be terminated in accordance with the regular procedures of the Clerk of this Court, and all pending schedules, deadlines, or dates in the case shall be terminated and the case closed.

DATED: October 30, 2026

Hon. Noël Wise
United States District Judge